IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

      Plaintiff,

v.                                       Case No. 4:15cv116-MW/CAS

WALT McNEIL,

      Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 10. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon relief may be granted. The motions to appoint counsel, ECF Nos. 3 and 7, are **DENIED**. The Clerk shall close the file.

SO ORDERED on March 18, 2015.

                                                    s/Mark E. Walker             
                                                    **United States District Judge**